UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TOMAS CAMARA (#A204-589-251) | DOCKET NO. 6:16-cv-779; SEC. P |
| VERSUS | JUDGE ELIZABETH FOOTE |
| INDALECIO RAMOS | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b) and LR41.3W.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of August, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE